1 Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
2 332 North Second Street
San Jose, California  95112
3 Telephone (408) 298-2000
Facsimile (408) 298-6046
4 Email:  tanya@moorelawfirm.com

5 Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No.  1:14-cv-01030-AWI-SMS |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION;  ORDER** |
| vs. | |
| BALWINDER SINGH dba HANDI STOP #9, et al., | |
| Defendants. | |

STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER

Page 1

1   IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Balwinder Singh dba Handi Stop #9, Jaspinder Singh dba Handi Stop #9, Manjit Singh dba Handi Stop #9, and Ajit Singh Gill, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: September 18, 2014				MOORE LAW FIRM, P.C.


						*/s/ Tanya E. Moore*
						Tanya E. Moore
						Attorneys for Plaintiff
						Ronald Moore

						SSD LAW FIRM


						*/s/ Sarwinder S. Dhanjan*
						Sarwinder S. Dhanjan
						Attorneys for Defendants
						Balwinder Singh dba Handi Stop #9, Jaspinder Singh dba Handi Stop #9, Manjit Singh dba Handi Stop #9, and Ajit Singh Gill

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   September 19, 2014				_____
							SENIOR  DISTRICT  JUDGE